FILED

07/05/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0589

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0589

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.                                                         O R D E R

RYAN PATRICK SULLIVAN,

Defendant and Appellant.

_____

Appellant Ryan Patrick Sullivan was granted an extension of time to file and serve his opening brief on or before June 23, 2022. Sullivan was advised that no further extensions of time would be granted. The opening brief is now overdue.

THEREFORE,

IT IS ORDERED that Appellant shall prepare, file and serve the opening brief on appeal no later than July 25, 2022. No further extensions will be granted. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 5 2022